HILL *et al.*, administrators, *v.* LEWIS, administrator, *et al.*

BECK, J.   Under the preceding case of *Hill* v. *Lewis,* the judgment of the court in this case was unauthorized.

*Judgment reversed.   All the Justices concur.*

NOVEMBER 17, 1916.

Modification of decree.   Before Judge Kent.   Pulaski superior court.   September 24, 1915.

Counsel as in case next preceding.